MICHAEL J. SIRFACE, Respondent, v COUNTY OF ERIE, Appellant. [869 NYS2d 847]

Present—Scudder, P.J., Martoche, Fahey, Peradotto and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESMOND QUICK, Appellant. [869 NYS2d 353]

Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.